**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-1816**

———————————

NEWPORT NEWS SHIPBUILDING AND DRY DOCK
COMPANY,

Petitioner,

versus

ROBERT WAINWRIGHT; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

———————————

On Petition for Review of an Order of the Benefits Review Board.
(04-0735)

———————————

Submitted: December 21, 2005       Decided: January 18, 2006

———————————

Before LUTTIG and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Lawrence P. Postol, SEYFARTH SHAW LLP, Washington, D.C., for
Petitioner.  Stephen F. Forbes, FORBES & BROADWELL, Hampton,
Virginia; Howard M. Radzely, Solicitor of Labor, Allen H. Feldman,
Associate Solicitor, Mark Reinhalter, Counsel for Longshore,
Matthew W. Boyle, UNITED STATES DEPARTMENT OF LABOR, Washington,
D.C., for Respondents.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Newport News Shipbuilding and Dry Dock Company seeks review of the Benefits Review Board's decision and order affirming the order of the District Director compelling the payment of medical expenses under the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. §§ 901-950 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. See Newport News Shipbuilding & Dry Dock Co. v. Wainwright, No. 04-0735 (B.R.B. June 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED